**Clarence S. GREGORY, Plaintiff-Appellant,**

v.

**Robert E. WARD, Regional Director; Doris Gantt, Correctional Officer; Thierry D. Nettles, Captain; Marguerite Tomasino, Investigator; Linda**

128

Bowman, Correctional Officer; Mark Cote, Lieutenant Correctional Officer; Charles Whitten, Captain and Correctional Officer, Defendants–Appellees.

No. 03–6531.

United States Court of Appeals, Fourth Circuit.

Submitted June 12, 2003.

Decided June 19, 2003.

Clarence S. Gregory, Appellant Pro Se. Sandra Jane Senn, Charleston, South Carolina, for Appellees.

Before LUTTIG and SHEDD, Circuit Judges.*

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Clarence S. Gregory appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Gregory v. Ward,* No. CA–02–44–3–25BC (D.S.C. Feb. 26, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*